UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORLANDO DELGADO, | ) | |
| Petitioner, | ) | 2:11-cv-00583-JCM-LRL |
| vs. | ) | **ORDER** |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | ) | |
| Respondent. | ) | |

Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the $5.00 filing fee. However, the petition for writ of habeas corpus submitted in this action is not written on the form required by this court for petitioners proceeding *pro se.* A *pro se* habeas corpus petitioner is required to use the court's approved form for filing actions pursuant to 28 U.S.C. § 2254. Local Rules of Special Proceedings 3-1 ("[a] petition for writ of *habeas corpus*, filed by a person who is not represented by an attorney, shall be on the form provided by this court."). The court will provide petitioner with the approved form for filing a *pro se* habeas corpus petition. Petitioner shall be allowed an additional period of time within which to file with the court a proposed

1 habeas corpus petition using the form provided by the court.  If petitioner fails to submit his petition
2 using the court approved form, this action will be dismissed and closed.

3       **IT IS THEREFORE ORDERED** that the clerk **SHALL SEND** petitioner the
4 approved form for filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well
5 as the document "Information and Instructions for Filing a Petition for Writ of Habeas Corpus
6 Pursuant to 28 U.S.C. § 2254."  Petitioner is **GRANTED thirty (30)** days from the date of the entry
7 of this order within which to file an amended petition with this court.  Petitioner's failure to file an
8 amended petition, on the approved form provided by this court, may result in dismissal of this action.

9       **IT IS FURTHER ORDERED** that the clerk **SHALL SEND** petitioner a copy of his
10 original petition (ECF No. 1).

13       Dated this  11th  day of July, 2011.

15                                        UNITED STATES DISTRICT JUDGE