UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORLANDO DELGADO, | ) | |
| Petitioner, | ) | 2:11-cv-00583-JCM-LRL |
| vs. | ) | **ORDER** |
| ATTORNEY GENERAL OF THE STATE OF NEVADA, | ) | |
| Respondent. | ) | |

Petitioner has submitted a petition for writ of habeas corpus. On May 3, 2011, the court ordered petitioner to submit his petition on the court-approved form for habeas corpus actions proceeding pursuant to 28 U.S.C. § 2254. Having reviewed additional correspondence from petitioner, it appears that petitioner is a pre-trial detainee and that his petition arises under 28 U.S.C. § 2241 rather than 28 U.S.C. § 2254. Accordingly, the court vacates its May 3, 2011 order requiring petitioner to submit his petition on the form required for § 2254 actions. However, the court requires petitioner to supplement his petition with the following information, if known, within thirty days of this order:

1) Petitioner's place of confinement;

2) The name and location of the court in which petitioner's charges are pending, the criminal case number, the charges that are pending, and petitioner's attorney's name, address, and telephone number; and

3) If petitioner is detained in a mental health facility, when he was committed.

If petitioner fails to submit the above information, this action may be dismissed and closed.

**IT IS THEREFORE ORDERED** that the court's May 3, 2011 order (ECF No. 4) is **VACATED**.

**IT IS FURTHER ORDERED** that the petitioner is **GRANTED thirty (30)** days from the date of the entry of this order within which to supplement his petition with the information described above. Petitioner's failure to do so may result in dismissal of this action.

Dated this 9th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE

2