UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORLANDO DELGADO,   )
          Petitioner,   )   2:11-cv-00583-JCM-GWF
                             )
vs.   )   **ORDER**
                             )
ATTORNEY GENERAL   )
OF THE STATE OF NEVADA, *et al*.   )
                             )
          Respondents.   )
_____/

        Petitioner has submitted an amended petition for writ of habeas corpus and has paid the filing fee for this action. (ECF Nos. 3, 8.) The court previously served the amended petition on respondents and sent a copy of the service order to petitioner. (ECF No. 9.) This order was returned to the court as undeliverable at petitioner's address of record. (ECF No. 12.) Additionally, it appears from respondents' filings that petitioner has failed to apprise either the court or respondents of his current address.

        Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. A litigant's failure

to do so may result in dismissal of the action.  Local Special Rule 2-2.  Accordingly, petitioner is directed to file a notice of change of address within twenty (20) days of entry of this order.  If petitioner fails to comply with this order, this action may be dismissed without prejudice pursuant to Local Rule 2-2.

**IT IS THEREFORE ORDERED** that petitioner will have **twenty (20) days** from the date of entry of this order to file a notice of change of address.

**IT IS FURTHER ORDERED** that plaintiff is expressly cautioned that if he does not timely file a notice of change of address in compliance with this order this action may be immediately dismissed.

DATED May 31, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE