1
2
3
4
5
6
7
8
9          **UNITED STATES DISTRICT COURT**
10              **DISTRICT OF NEVADA**
11
12   ORLANDO DELGADO,                    )
13              Petitioner,              )          2:11-cv-00583-JCM-GWF
14   vs.                                 )          **ORDER**
15                                       )
     ATTORNEY GENERAL                    )
16   OF THE STATE OF NEVADA, *et al*.    )
17              Respondents.             )
     _____/
18

19          Petitioner has submitted an amended petition for writ of habeas corpus and has paid the

20   filing fee for this action.  (ECF Nos. 3, 8.)  Respondents move for petitioner to comply with Rule 2 of

21   the Rules Governing Section 2254 Cases (ECF No. 11) and for an extension of time in which to respond

22   to the petition (ECF No. 13.)

23          Although submitted on the court's form, as correctly noted by respondents, petitioner

24   failed to answer any of the questions on the form, failed to plead claims separately, and failed to sign the

25   petition under penalty of perjury.  Under Rule 2(d) of the Rules Governing Section 2254 Cases, a

26   petitioner "must substantially follow . . . a form prescribed by a local district-court rule." Accordingly,

the court grants respondents' motion for petitioner to comply with Rule 2.  The court will send petitioner a new court-approved form and require him to complete it in its entirety.  Additionally, the court grants respondents' motion for an extension of time within which to respond to the forthcoming second amended petition.

**IT IS THEREFORE ORDERED** that the clerk shall send petitioner a set of forms for filing § 2254 actions in this court, together with instructions for filing such forms.  Petitioner shall have **thirty (30) days** from the date of the entry of this order within which to file an amended petition using only the court-approved form.  Petitioner shall answer all questions on the form and shall title the petition "SECOND AMENDED PETITION."  If petitioner fails to comply with these directives, this action shall be dismissed and closed.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** from the date of service of the second amended petition within which to answer, or otherwise respond to, the petition.  In their answer or other response, respondents shall address any claims presented by petitioner in his petition as well as any claims presented by petitioner in any statement of additional claims.  Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

DATED  July 30, 2012.

_____
UNITED STATES DISTRICT JUDGE

2